AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Jordan Watkins, Basil Arties, Damion Bethea,<br>Kevin Bryant, Angellitto Lawton, Ethan Bailey<br><br>*Defendant(s)* | Case No.  4:20-MJ-47<br><br>FILED<br>WILLIAMSPORT<br>AUG 18 2020<br>PER _____<br>DEPUTY CLERK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2019 to August 2020  in the county of  Lycoming  in the
  Middle  District of  Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) Title 21, USC Section 846 | (1) Conspiracy to distribute controlled substance, fentanyl. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO ROBERT H. WILLIAMSON
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/18/2020

_____
Judge's signature

City and state:  Williamsport, Pennsylvania

Honorable William I. Arbuckle
*Printed name and title*