IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:20-CR-00204-06 |
| v. | (Judge Brann) |
| KEVIN BRYANT, | |
| Defendant. | |

## ORDER

**AND NOW**, this 26th day of March 2021, **IT IS HEREBY ORDERED** that a hearing on the violations of the conditions of pretrial release is **SCHEDULED** for **April 9, 2021 at 2:00 p.m.** in Courtroom No. 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania 17701.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge