IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:20-CR-00204-06 |
| v. | (Chief Judge Brann) |
| KEVIN BRYANT, | |
| Defendant. | |

## MOTION TO WITHDRAW PLEA

NOW, this 18th day of August 2021, the defendant in the above captioned case, in open court, moves the court to be permitted to withdraw his plea of NOT GUILTY and to enter a plea of GUILTY to Count One of the Indictment, filed on August 27, 2020.

_____
Defendant

_____
Defense Counsel

## ORDER

NOW, this 18th day of August 2021, the motion is **GRANTED**.

_____
Matthew W. Brann
Chief United States District Judge

NOW, this 18th day of August 2021, the defendant, Kevin Bryant, in open court enters his plea of ***GUILTY*** to Count One of the Indictment.

_____
Defendant

_____
Defense Counsel